**Antonio FELIX–FLORES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 05–72886.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Gabriela Kreutzer, Esquire, Principal Litigation Counsel, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Christopher T. Dong, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Antonio Felix–Flores, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his registry application pursuant to 8 U.S.C. § 1259. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Manzo–Fontes v. INS*, 53 F.3d 280, 282 (9th Cir.1995), and we deny the petition for review.

Substantial evidence supports the agency's determination that Felix–Flores failed to demonstrate eligibility for registry because the record does not compel the conclusion that Felix–Flores had continuous residency in the United States since January 1, 1972. *See* 8 U.S.C.. § 1259(a)-(b); *Manzo–Fontes*, 53 F.3d at 283; *see also INS v. Elias–Zacarias*, 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

Felix–Flores' remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.